452 A.2d 45

Commonwealth v. Colon, Appellant.

Submitted December 8,

1981. Salvatore J. Cucinotta, for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, MONTGOMERY and LIPEZ, JJ.

Order affirmed.